UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL BURGHARDT,<br><br>  Petitioner,<br><br>  v.<br><br>KELLY SANTORO,<br><br>  Respondent. | No. 2:25-cv-0960-SCR<br><br><br>ORDER |

Petitioner requested an extension of time to file a supplemental brief concerning equitable tolling of the statute of limitations based on his mental impairment. ECF No. 11. Since filing the request, petitioner submitted over 500 pages of his mental health treatment records in support of equitable tolling. Despite access to these records, the court finds that a supplemental brief from petitioner is still necessary to explain how his mental illness made it impossible to timely file his § 2254 petition in this court. See Bills v. Clark, 628 F.3d 1092, 1101 (9th Cir. 2010). Good cause appearing, IT IS HEREBY ORDERED that:

  1. Petitioner's request for an extension of time is granted; and

  2. Petitioner shall file a supplemental brief by December 8, 2025.

  3. Respondent shall file a supplemental brief by December 22, 2025.

////

////

////

////

1

4. Petitioner may file a reply brief no later than December 29, 2025.

DATED: November 4, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2