1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARRYL BURGHARDT,                          No.  2:25-cv-0960-SCR

12                  Petitioner,

13          v.                                    ORDER

14    KELLY SANTORO,

15                  Respondent.

16

17          Petitioner is a state prisoner representing himself in this habeas corpus action filed

18    pursuant to 28 U.S.C. § 2254.  On September 29, 2025, the court ordered the parties to file

19    supplemental briefs on various issues related to the statute of limitations in this case.  ECF No.

20    10.  The court granted petitioner one extension of time to do so.  ECF No. 13.  Respondent has

21    filed a motion for a 60-day extension of time to file a supplemental brief based on the 10,000

22    pages of records from petitioner's central prison file as well as his mental health treatment records

23    that they have obtained.  ECF No. 16 at 2.  Although the court is aware of the voluminous nature

24    of petitioner's mental health records based on his supplemental filings that are over 500 pages in

25    length, the relevant time frame that is at issue in this habeas corpus proceeding is very narrow

26    when compared to the entire length of petitioner's confinement in state prison.  Therefore, the

27    court directs respondent to focus their supplemental brief on the time periods from February 1,

28    2023 through January 31, 2024 when respondent contends that the statute of limitations was

running, and from December 2, 2022, when petitioner was sentenced, to February 23, 2024, when petitioner asserted that he learned that his Sacramento County conviction had extended his release date.  Additionally, these two time frames substantially overlap.  Accordingly, based on the narrowly tailored time frames at issue, the court will grant respondent one extension of time limited to of 30 days to file a supplemental brief.

Accordingly, IT IS HEREBY ORDERED that:

1.  Respondent's motion for an extension of time to file a supplemental brief (ECF No. 16) is granted in part.

2.  Respondent shall file a supplemental brief on the issues identified herein no later than 30 days from the date of this order.

3.  Petitioner may file a reply brief within 7 days after being served with a copy of respondent's supplemental brief.

4.  Respondent shall complete and return the form to consent or decline Magistrate Judge Jurisdiction that was previously sent on May 5, 2025 within 30 days from the date of this order.

DATED: December 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2